JAYNES v. STATE.

(Court of Criminal Appeals of Texas. April 23, 1913.)

Appeal from District Court, Angelina County; L. D. Guinn, Special Judge.

H. C. Jaynes was convicted of violating the local option law, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of violating the local option law.

The record is before us without a statement of facts or bills of exception. Some matters are set forth in the motion for new trial, but these cannot be considered in the absence of the evidence.

The judgment is affirmed.